IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3094 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BEATRIS MONICA GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Defendant's motion to continue, filing 12, is granted **in part** and,

1.  Trial of this matter is continued to 9:00 a.m., November 27, 2006, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

2.  The court finds that the ends of justice will be served by extending the trial date, that is, the time between September 1, 2006 and November 27, 2006 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

Dated September 1, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge