```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )           4:06CR3094
      v.                          )
                                  )
BEATRIS MONICA GOMEZ,             )
                                  )              ORDER
            Defendant.            )
                                  )

    On the court's own motion and considering that defendant has filed a written waiver of her right to a speedy trial for the period of September 1, 2006 to January 8, 2007 (filing 14),

    IT IS ORDERED:

    1.  Trial is continued from November 27, 2006 to **January 29, 2007**, at 9:00 a.m., for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

    2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between November 27, 2006 and January 8, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act in the interest of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 31st day of October, 2006.

                                     BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge