IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )          4:06CR3094<br>        v.                      )<br>                                )<br>BEATRIS MONICA GOMEZ,           )<br>                                )       MEMORANDUM AND ORDER<br>            Defendant.          )<br>                                ) | |

    A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 19. The defendant was present with counsel, and was advised of her rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

    Regarding disposition, the parties sought release on additional conditions.

    IT THEREFORE HEREBY IS ORDERED,

    The defendant is released on the same terms and conditions as previously ordered in filing 8.

    DATED January 12, 2007.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge