IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3094 |
| | ) | |
| v. | ) | |
| | ) | |
| BEATRIS MONICA GOMEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government has filed a motion to continue the plea hearing because the government's counsel is in trial.  Filing 23. The plea agreement and petition to enter a plea have not yet been completed and submitted to the court.  The defendant does not object to the continuance.

IT IS ORDERED:

1.   The government's unopposed motion for a continuance of the plea hearing, filing 23, is granted, and the hearing on the defendant's anticipated plea of guilty is continued to March 27, 2007 at 11:30 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Defendant shall appear at this hearing.

2.   The ends of justice will be served by granting the motion for continuance, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, (the time between today's date and March 27, 2007) shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the government's counsel is engaged in another trial, the plea agreement and petition have not yet been completed, and the parties and their counsel therefore need additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of March, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge