IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3094 |
| | ) | |
| V. | ) | |
| | ) | |
| BEATRIS MONICA GOMEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the United States Pretrial Services Officer, the United States Marshal Service, and Defendant Beatris Gomez,

IT IS ORDERED that:

(1) Ms. Gomez shall turn herself into the United States Marshal Service for the District of Nebraska at Lincoln, Nebraska, no later than 2:00 p.m. on Wednesday, September 19, 2007.

(2) Ms. Gomez's self-surrender date is extended as provided in paragraph 1 above.

(3) The Clerk of Court shall file Ms. Gomez's letter requesting an additional extension. Treating the letter as a motion, it is denied.

September 17, 2007.        BY THE COURT:

                           *S/ Richard G. Kopf*
                           United States District Judge